# EXHIBIT A

Potential Takers of 75% Oil & Gas Interest in Tax Map 386 Parcels 8.0-8.11 and Surface, Oil and Gas Interest in Tax Map 406 Parcel 3 under the Last Will and Testament of Grover S. Funkhouser, Sr.

| Tax Map ID | Name and Interest | County | Acres | Devisee Relation Under Will |
|---|---|---|---|---|
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Jennifer Lynn Funkhouser Roberts (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Living Daughter of Life Estate Holder |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Potential Unborn Children of Grover S. Funkhouser, Jr. (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Potential Heir of Life Estate Holder |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Potential Widow of Grover S. Funkhouser, Jr. (Unvested Contingent Life Estate) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Potential Spouse of Son of Decedent |

| Tax Map ID | Name and Interest | County | Acres | Devisee Relation Under Will |
|---|---|---|---|---|
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Troy V. Funkhouser (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Son of V.C. Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Eula F. Kasper (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Daughter of Steve Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Walter S. Funkhouser (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Son of Steve Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Mazie F. Plummer (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Daughter of Steve Funkhouser, brother of Decedent |

- 3 -

| Tax Map ID | Name and Interest | County | Acres | Devisee Relation Under Will |
|---|---|---|---|---|
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Nina F. McDonald (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Daughter of Steve Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Stanley P. Funkhouser (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Son of Steve Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Mary F. Morris (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Daughter of Steve Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Nova F. Funk (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Daughter of Steve Funkhouser, brother of Decedent |

| Tax Map ID | Name and Interest | County | Acres | Devisee Relation Under Will |
|---|---|---|---|---|
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Scott E. Funkhouser (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Son of Steve Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Paul E. Funkhouser (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Son of Roy Funkhouser, brother of Decedent |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Unknown Brothers and Sisters of Grover S. Funkhouser, Sr. (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Unknown Brothers and Sisters of Grover S. Funkhouser, Sr. |
| 386 Parcel 8.0-8.11 and 406 Parcel 3 | Unknown heirs of Brothers and Sisters of Grover S. Funkhouser, Sr. (Contingent Remainder) | Hardy | 386 Parcels 8.0-8.11 - 335.8 acres native gas<br><br>406 Parcel 3 - 181.04 acres native gas; 608.15 acres storage | Unknown heirs of Brothers and Sisters of Grover S. Funkhouser, Sr. |



Hardy Storage Well
Native Gas Condemnation

Potential Takers Under Last Will and
Testament of Grover S. Funkhouser, Sr.

Tax Map 386 Parcels 8.0-8.11
335.8 Acres Native Gas



HARDY STORAGE
STORAGE & NATIVE GAS
CONDEMNATIONS

Potential Takers Under Last Will and Testament of Grover S. Funkhouser, Sr.
Tax Map Parcel 406-0003
181.04 acres Native Gas, 608.15 acres Storage

Legend
- Protective Boundary
- Reservoir Boundary
- Storage & Native Gas
- Storage