# EXHIBIT B

## Unvested Interests Under the Last Will and Testament
## Of Gordon Miller

| Tax Map and Parcel | Name | Unvested Interest Held | County | Acres |
|---|---|---|---|---|
| 367/5 | Joseph Cirillo | Undetermined Surface & Oil & Gas | Hardy | 82.362 |
| 367/4 | Scott Whetzel | Undetermined Oil & Gas | Hardy | 41.163 |
| 367/4 & 367/5 | Leonard Miller | Sole heir of Condy Miller, contingent remainderman under Will | Hardy | 123.525 |
| 367/4 & 367/5 | Iris Miller | Undetermined Rights | Hardy | 123.525 |
| 367/4 & 367/5 | Children of Thelma Wolfe | Contingent remaindermen under Will | Hardy | 123.525 |
| 367/4 & 367/5 | Potential Unborn Children of Lester Miller | Potential Contingent remaindermen under Will. | Hardy | 123.525 |
| 367/4 & 367/5 | Kirby Miller | Undetermined rights | Hardy | 123.525 |
| 367/4 & 367/5 | Children of Kirby Miller | Contingent remaindermen under Will | Hardy | 123.525 |

