IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**HARDY STORAGE COMPANY, LLC,**

      **Plaintiff,**

**v.**                          //     CIVIL ACTION NO. 2:07CV11
                                           (Judge Keeley)

**PROPERTY INTERESTS NECESSARY TO
DRILL WELLS TO CONDUCT GAS STORAGE
OPERATIONS IN THE ORISKANY SANDSTONE
SUBTERRANEAN GEOLOGICAL FORMATION
BENEATH PROPERTIES LOCATED IN
HARDY COUNTY, ET AL.,**

      **Defendants.**

**ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF TRUSTEE TO
REPRESENT INTERESTS OF UNKNOWN POTENTIAL REMAINDERMEN
AND KNOWN POTENTIAL REMAINDERMEN WHOSE INTERESTS
CANNOT BE DETERMINED AT THIS TIME**

      On September 14, 2007, plaintiff Hardy Storage Company, LLC ("Hardy") and two defendants, Joseph Cirillo and Scott Whetzel, jointly moved to appoint attorney John Athey as trustee to represent the interests of the unknown potential remaindermen as well as the known potential remaindermen whose interests and potential interests can not be determined at this time.

      For the reasons set forth in the motion, the Court **GRANTS** the joint motion (dkt. no. 47). Mr. Athey's compensation is set at $150.00 per hour, plus reimbursement of reasonable out of pocket expenses and mileage at the rates established by the Internal Revenue Service. Mr. Athey's fees and expenses will be paid on an

**HARDY STORAGE V. PROPERTY INTERESTS, ET AL.**                 **2:07CV11**

**ORDER GRANTING JOINT MOTION FOR APPOINTMENT OF TRUSTEE TO
REPRESENT INTERESTS OF UNKNOWN POTENTIAL REMAINDERMEN
AND KNOWN POTENTIAL REMAINDERMEN WHOSE INTERESTS
CANNOT BE DETERMINED AT THIS TIME**

interim basis by Hardy, without waiving their right to move for reimbursement of the fees and expenses as part of the final judgment in this action.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record and all pro se parties.

DATED: October 30, 2007.

>                /s/ Irene M. Keeley
>                IRENE M. KEELEY
>                UNITED STATES DISTRICT JUDGE